**LAW OFFICES OF JOHN L. TAYLOR**
507 POLK STREET, SUITE 300
SAN FRANCISCO, CALIFORNIA  94102
TELEPHONE: (415) 956-0155                              FACSIMILE: (415) 956-0194

October 31, 2007

The Honorable Edward M. Chen
Magistrate Judge of the United States District Court
450 Golden Gate Avenue
San Francisco, CA 94102

    Re:  <u>Gloria Dellafosse v. County of Contra Costa</u>
          Case No. C 07-03948 EMC

Dear Judge Chen:

    This is to request a continuance of the Initial Case Management Conference currently set for November 7, 2007 at 1:30 p.m.

    Defendants have not yet responded and our office will be serving them personally.

    After speaking with your clerk Betty we have a new tentative date of January 2, 2008.  Please advise.

    Thank you for your consideration.

                    Respectfully submitted,
                LAW OFFICES OF JOHN L. TAYLOR


_____
           JOHN L. TAYLOR

JLT/sas