**United States District Court**
For the Northern District of California

1
2
3
4
5       UNITED STATES DISTRICT COURT
6       NORTHERN DISTRICT OF CALIFORNIA
7
8  GLORIA DELLAFOSSE,                      No. C07-3948 EMC
9          Plaintiff,
10     v.
                                           **CLERK'S NOTICE**
11 COUNTY OF CONTRA COSTA, et al.,
12         Defendants.
                                    /
13
14
15     TO ALL PARTIES AND COUNSEL OF RECORD:

16     YOU ARE NOTIFIED THAT a Case Management Conference is set for **January 23, 2008**

17 **at 1:30 p.m.** before Magistrate Judge Edward M. Chen, Courtroom C, 15th Floor, Federal Building,

18 450 Golden Gate Avenue, San Francisco, CA 94102.  A joint CMC statement is due January 16,

19 2008.

20

21 Dated:  December 5, 2007                FOR THE COURT,
                                           Richard W. Wieking, Clerk
22

23
                                           [signature: Betty Fong]
24
25                                         by: _____
                                               Betty Fong
26                                             Courtroom Deputy
27
28