1  John L. Taylor, Esq. [117532]
   **LAW OFFICES OF JOHN L. TAYLOR**
2  507 POLK STREET, SUITE 400
   San Francisco, California 94102
3  Telephone  415/956-0155
   Facsimile  415/956-0194
4
   Attorney for Plaintiff
5  GLORIA DELLAFOSSE

6

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10 GLORIA DELLAFOSSE,                CASE NO. C-07-03948

11      Plaintiff,                   DECLINATION TO PROCEED BEFORE
                                     A MAGISTRATE JUDGE AND
12 vs.                               REQUEST FOR REASSIGNMENT TO A
                                     UNTIED STATES DISTRICT JUDGE
13 COUNTY OF CONTRA COSTA,
   IHSS PUBLIC AUTHORITY,
14 JOHN COTTRELL, EXECUTIVE
   DIRECTOR, DOES 1 THROUGH
15 100,

16      Defendants.
   _____/
17

18    **REQUEST FOR REASSIGNMENT TO A UNITED STATED DISTRICT JUDGE**

19      The undersigned party hereby declines to consent to the

20 assignment of this case to a United States Magistrate Judge for

21 trial and disposition, and hereby requests the reassignment of

22 this case to a United States District Judge.

23 Date:  January 14, 2008          LAW OFFICES OF JOHN L. TAYLOR

24

25                                  BY: _____
                                        John L. Taylor
26                                      Attorney for Plaintiff

27

28