1  John L. Taylor, Esq. [117532]
   **LAW OFFICES OF JOHN L. TAYLOR**
2  507 POLK STREET, SUITE 400
   San Francisco, California 94102
3  Telephone  415/956-0155
   Facsimile  415/956-0194
4
   Attorney for Plaintiff
   GLORIA DELLAFOSSE
5

6

7                   UNITED STATES DISTRICT COURT

8                  NORTHERN DISTRICT OF CALIFORNIA

9  GLORIA DELLAFOSSE,              CASE NO.  C07-3948 (EMC)

10     Plaintiff,                  PROOF OF SERVICE

11 vs.

12 COUNTY OF CONTRA COSTA,
   IHSS PUBLIC AUTHORITY,
13 JOHN COTTRELL, EXECUTIVE
   DIRECTOR, DOES 1 THROUGH
14 100,

15     Defendants.
   _____/
16

17 ///

18 ///

19 ///

20 ///

21 ///

22 ///

23 ///

24 ///

25 ///

26 ///

27
                        PROOF OF SERVICE

# CERTIFICATE OF SERVICE

## DELLAFOSSE v. COUNTY OF CONTRA COSTA IHSS PUBLIC

I am employed in the City and County of San Francisco; My business address is 507 Polk Street, Suite 400, San Francisco, California. I am over the age of eighteen years and not a party to this action. Damion Grimes, On January 14, 2008, I served the following document(s):

**1. Summons Complaint;   2. Court information handout;   3. Case Schedule**

____ **By mail on the following party(ies) in said action, in accordance with Code of Civil Procedures §1013a, by placing a true copy thereof enclosed in a sealed envelope in a designated area for outgoing mail, addressed as set forth below. In the ordinary course of business at the Law Offices of John L. Taylor, mail placed in that designated area is given the correct amount of postage and is deposited that same day in the United States maEil box in San Francisco, California.**

X    By personally delivering a true copy thereof, in accordance with the Code of Civil Procedures §1011, to the person(s) and at the address set forth below.

____ By overnight delivery on the following party(ies) in said action, in accordance with Code of Civil Procedure §1013(c), by placing a true copy thereof enclosed in a sealed envelope, with delivery fees paid or provided for, in a designated area for outgoing overnight mail, addressed as set forth below. In the ordinary course of business at The Law Offices of John L. Taylor, mail placed in that designated area is picked up that same day for delivery the following business day.

____ By facsimile transmission, by use of facsimile machine telephone number (415)956-0194, in accordance with Code of Civil Procedures §1013(e) and California Rules of the Code 2008(e), to the following party(ies) at the facsimile number(s) indicated. This transmission was reported as completed and without error, and a copy of the transmission report, which was issued by the transmitting facsimile machine is attached to the original hereof.

Jane Doe
County Of Contra Costa
1330 Arnold Dr Suite 143
Martinez, Ca 94553

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this document was executed on January 14, 2008, at San Francisco, California.

_____
DAMION GRIMES

PROOF OF SERVICE