1  SILVANO B. MARCHESI (SBN 42965)
   County Counsel
2  BERNARD KNAPP (SBN 111720)
   Deputy County Counsel
3  COUNTY OF CONTRA COSTA
   651 Pine Street, 9th Floor
4  Martinez, California 94553
   Telephone: (925) 335-1800
5  Facsimile:  (925) 335-1866
   Electronic Mail: bknap@cc.cccounty.us
6
   Attorneys for Defendant
7  CONTRA COSTA COUNTY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLORIA DELLAFOSSE,<br><br>Plaintiff<br><br>v.<br><br>COUNTY OF CONTRA COSTA, IHSS PUBLIC AUTHORITY, JOHN COTTRELL, EXECUTIVE DIRECTOR and DOES 1 THROUGH 100,<br><br>Defendants. | No. C 07 3948 MMC<br><br>STIPULATION TO EXTEND TIME FOR RESPONSIVE PLEADINGS<br><br>N.D. Cal. L.R. 6-1(b), 5 |

By and through their respective counsel, the parties agree the time for each and all of the defendants to file and serve responsive pleadings is extended to and including February 15, 2008.

//

//

(Signatures on following page.)

STIPULATION TO EXTEND TIME FOR RESPONSIVE PLEADINGS – C 07 3948 MMC

1

```
 1  DATED: January 28, 2008          SILVANO B. MARCHESI
 2                                   COUNTY COUNSEL
 3
 4
 5                                   By: _____
 6                                       BERNARD KNAPP
                                         Deputy County Counsel
 7                                       Attorneys for Defendant
                                         CONTRA COSTA COUNTY
 8
 9
10  DATED: JAN 28    , 2008          LAW OFFICES OF JOHN L. TAYLOR
11
12                                   By: _____
                                         JOHN L. TAYLOR
13                                       Attorneys for Plaintiff
                                         GLORIA DELLAFOSSE
14
```

STIPULATION TO EXTEND TIME FOR RESPONSIVE PLEADINGS – C 07 3948 MMC

2