```
 1  ANDREA CARLISE (SBN 151648)
    Patton ♦ Wolan ♦ Carlise, LLP
 2  1814 Franklin Street, Suite 501
    Oakland, CA 94612-3438
 3  Telephone: (510) 588-7526
    Facsimile:  (510) 987-7575
 4  Electronic Mail: acarlise@pwc-law.com

 5  SILVANO B. MARCHESI (SBN 42965)
    County Counsel
 6  BERNARD KNAPP (SBN 111720)
    Deputy County Counsel
 7  COUNTY OF CONTRA COSTA
    651 Pine Street, 9th Floor
 8  Martinez, California 94553
    Telephone:  (925) 335-1800
 9  Facsimile:   (925) 335-1866
    Electronic Mail: bknap@cc.cccounty.us
10
    Attorneys for Defendant
11  CONTRA COSTA COUNTY
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLORIA DELLAFOSSE,<br><br>           Plaintiff<br><br>v.<br><br>COUNTY OF CONTRA COSTA, IHSS PUBLIC AUTHORITY, JOHN COTTRELL, EXECUTIVE DIRECTOR, DOES 1 THROUGH 100,<br><br>           Defendants. | No.  C 07 3948 MMC<br><br>NOTICE OF APPEARANCE |

TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:

   PLEASE TAKE NOTICE that Patton Wolan Carlise, LLP and Andrea Carlise hereby appear for Contra Costa County.

| | | |
|---|---|---|
| 1 | DATED: February 15, 2008 | PATTON ♦ WOLAN ♦ CARLISE, LLP |
| 2 | | |
| 3 | | |
| 4 | | By: _Andrew S. Carlise_ |
| 5 | | ANDREA CARLISE |
| 6 | DATED:  February 15, 2008 | SILVANO B. MARCHESI, County Counsel |
| 7 | | |
| 8 | | |
| 9 | | By: _[signature]_ |
| 10 | | BERNARD L. KNAPP |
| | | Deputy County Counsel |

NOTICE OF APPEARANCE - C 07 3948 MMC

2