Steven C. Wolan (State Bar No. 56237)
Andrea S. Carlise (State Bar No. 151648)
PATTON ♦ WOLAN ♦ CARLISE, LLP
1814 Franklin Street, Suite 501
Oakland, California 94612
Telephone: (510) 987-7500
Facsimile: (510) 987-7575

Attorneys for Defendants,
COUNTY OF CONTRA COSTA,
CONTRA COSTA COUNTY IN-HOME SUPPPORT SERVICES PUBLIC AUTHORITY
(incorrectly sued herein as IHSS PUBLIC AUTHORITY),
and JOHN COTTRELL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLORIA DELLAFOSSE,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>COUNTY OF CONTRA COSTA, IHSS PUBLIC AUTHORITY, JOHN COTTRELL, EXECUTIVE DIRECTOR, DOES 1 to 100,<br><br>　　　　　　Defendants.<br>_____/ | Case NO. C 07 3948<br><br>DECLARATION OF JOHN COTTRELL IN SUPPORT OF MOTION TO DISMISS OR IN THE ALTERNATIVE MOTION FOR MORE DEFINITE STATEMENT<br><br>Date:　　　March 21, 2008<br>Time:　　　9:00 a.m.<br>Courtroom:　7, 19th Floor<br>Judge:　　　The Hon. Maxine M. Chesney |

I, JOHN COTTRELL, declare and state as follows:

1.　I am the Acting Director of the Contra Costa County In-Home Support Services Public Authority (hereinafter "the Public Authority") and I am a named defendant in this action.

2.　I have direct and personal knowledge of the matters set forth herein and, if called and sworn as a witness, I would and could competently testify to the same.

3.　I was employed as the Executive Director of the Public Authority at all times relevant to Plaintiff's Complaint in this action.

4.　Plaintiff, Gloria Dellafosse, was employed by the Public Authority from approximately

1. November, 2002 until April 10, 2006.

2. 5. The Public Authority was established as an independent authority pursuant to Division 55 of the Contra Costa County Ordinance Code in compliance with California Welfare and Institutions Code section 12300, *et seq.* to provide for the delivery of in-home support services. A true and correct copy of Ordinance No. 98-14, passed on March 18, 1998 is attached hereto as Exhibit 1.

6. Pursuant to California Welfare and Institutions Code section 12301.6, employees of the Public Authority shall not be considered employees of the county for any purpose. A true and correct copy of California Welfare and Institutions Code section 12301.6 is attached hereto as Exhibit 2.

7. The Public Authority employed less than 15 employees for each working day in 20 or more calendar weeks in each calendar year from 1999 up to and including April 10, 2006.

8. The Public Authority received copies of Plaintiff's charges of discrimination filed with the U.S. Equal Employment Opportunity Commission (hereinafter "EEOC") and the California Department of Fair Employment and Housing (hereinafter "DFEH"). True and correct copies of Plaintiff's DFEH Complaints of Discrimination received by the Public Authority dated August 5, 2005 and June 2, 2006 are attached hereto as Exhibit 3.

9. The Public Authority also received copies of Plaintiff's right to sue notices from the EEOC and the DFEH. True and correct copies of "Notice of Case Closure" documents from the DFEH dated May 12, 2006 and June 9, 2006 which contain right to sue notices are attached hereto as Exhibit 4. True and correct copies of "Dismissal and Notice of Rights" documents received by the Public Authority from the EEOC dated June 13, 2006 and April 24, 2007 that contain right to sue notices are attached hereto as Exhibit 5.

10. To my knowledge, Ms. Dellafosse never filed a government code tort claim with the Public Authority.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 14th day of February, 2008 at Martinez, California.

*JOHN COTTRELL*