Steven C. Wolan (State Bar No. 56237)
Andrea S. Carlise (State Bar No. 151648)
PATTON ♦ WOLAN ♦ CARLISE, LLP
1814 Franklin Street, Suite 501
Oakland, California 94612
Telephone: (510) 987-7500
Facsimile: (510) 987-7575

Attorneys for Defendants,
COUNTY OF CONTRA COSTA,
CONTRA COSTA COUNTY IN-HOME SUPPPORT
SERVICES PUBLIC AUTHORITY
(incorrectly sued herein as IHSS PUBLIC AUTHORITY),
and JOHN COTTRELL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLORIA DELLAFOSSE,<br><br>          Plaintiff,<br><br>vs.<br><br>COUNTY OF CONTRA COSTA, IHSS PUBLIC AUTHORITY, JOHN COTTRELL, EXECUTIVE DIRECTOR, DOES 1 to 100,<br><br>          Defendants.<br>_____ / | Case NO. C 07 3948<br><br>DEFENDANTS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED (FRCP 12(b)(6)), AND IN THE ALTERNATIVE, MOTION FOR SUMMARY JUDGMENT (FRCP 56) OR MOTION FOR A MORE DEFINITE STATEMENT<br><br>Date:       March 21, 2008<br>Time:       9:00 a.m.<br>Courtroom: 7, 19th Floor<br>Judge:      The Hon. Maxine M. Chesney |

TO THE COURT, ALL PARTIES IN THIS ACTION AND THEIR COUNSEL OF RECORD HEREIN:

PLEASE TAKE NOTICE that Defendants COUNTY OF CONTRA COSTA, CONTRA COSTA COUNTY IN-HOME SUPPORT SERVICES PUBLIC AUTHORITY, (incorrectly sued herein as IHSS PUBLIC AUTHORITY) and JOHN COTTRELL (collectively "defendants") hereby request pursuant to

Rule 201 of the Federal Rules of Evidence, that the Court take judicial notice of the following documents which are public records:

1. Contra Costa County Code, Title 5, Chapter 55-2, Ordinance No. 98-14, passed on March 18, 1998, attached hereto as Exhibit A.
2. Plaintiff's DFEH Complaints of Discrimination dated August 5, 2005 and June 2, 2006, attached hereto as Exhibit B.
3. The right-to-sue letters from the DFEH to Plaintiff dated May 12, 2006 and June 9, 2006, attached hereto as Exhibit C; and
4. The right-to-sue letters from the EEOC to Plaintiff dated April 24, 2007 and June 13, 2006, attached hereto as Exhibit D.

Dated: February 15, 2008

Respectfully submitted,

PATTON ♦ WOLAN ♦ CARLISE, LLP

by: *[signature]*
STEVEN C. WOLAN
ANDREA S. CARLISE
Attorneys for Defendants,
COUNTY OF CONTRA COSTA,
CONTRA COSTA COUNTY IN-HOME
SUPPPORT SERVICES PUBLIC AUTHORITY
(incorrectly sued herein as IHSS PUBLIC
AUTHORITY), and JOHN COTTRELL