# EXHIBIT B

\* \* \* EMPLOYMENT \* \*

| COMPLAINT OF DISCRIMINATION UNDER THE PROVISIONS OF THE CALIFORNIA FAIR EMPLOYMENT AND HOUSING ACT | DFEH # E200506-M-0196-00-p |
|---|---|
| | EEOC # |

If dualfiled with EEOC, this form may be affected by the Privacy Act of 1974.

CALIFORNIA DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING and EEOC

COMPLAINANT'S NAME (Indicate Mr. or Ms.)
DELLAFOSSE, GLORIA (Ms.)

| ADDRESS | | | | TELEPHONE NUMBER (INCLUDE AREA CODE) |
|---|---|---|---|---|
| 1790 Ellis St., #4 | | | | (925) 497-3656 |
| CITY | STATE | ZIP | COUNTY | COUNTY CODE |
| Concord | CA | 94520 | Contra Costa | 013 |

NAMED IS THE EMPLOYER, PERSON, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, OR STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME:

NAME
CONTRA COSTA, COUNTY OF, IHSS DEPT

| ADDRESS | | | | TELEPHONE NUMBER (INCLUDE AREA CODE) |
|---|---|---|---|---|
| 1330 Arnold Drive, Suite 143 | | | | (925) 444-1256 |
| CITY | STATE | ZIP | COUNTY | COUNTY CODE |
| Martinez | CA | 94553 | Contra Costa | 013 |

CAUSE OF DISCRIMINATION BASED ON (CHECK APPROPRIATE BOXIES]):
☐ RACE   ☐ SEX   ☒ DISABILITY   ☐ RELIGION   ☐ NATIONAL ORIGIN/ANCESTRY   ☐ DENIAL OF FAMILY/MEDICAL LEAVE   ☐ SEXUAL ORIENTATION
☐ COLOR  ☐ AGE   ☐ MARITAL STATUS  ☐ MEDICAL CONDITION (cancer or genetic characteristics)                             ☐ OTHER (SPECIFY)

| NO. OF EMPLOYEES/MEMBERS | DATE MOST RECENT OR CONTINUING DISCRIMINATION | RESPONDENT CODE |
|---|---|---|
| 13 | TOOK PLACE (month, day, and year) April 4, 2005 | 93 |

THE PARTICULARS ARE:

I. On April 4, 2005, I was denied reasonable accommodation. On April 4, 2005, I was terminated from my job as a Senior Benefits Clerk. I began in that position on November 4, 2002, and at the time of my termination I was earning $3600 a month.

II. I was told by Fran Smith, Program Manager, that the Public Authority is not willing to continue to accommodate this modified schedule.

III. I believe I was terminated from my position because of my disability (lumbar degenerative disk disease and shoulder implagent), for the following reasons:

   A. On or about August 2003 I was injured. I was denied reasonable accommodation per my physician's restriction (6 hour day restriction).

   B. On April 4, 2005 I was terminated.

   C. I was told that when I was 100% and able to return to full duty I could be interviewed for my position.

CORRECTED AND MAILED FOR SIGNATURE ON AUGUST 4, 2005.

☐ I also want this charge filed with the Federal Equal Employment Opportunity Commission (EEOC).

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct of my own knowledge except as to matters stated on my information and belief, and as to those matters I believe it to be true.

Dated  8-5-05                                     *Gloria Dellafosse*
At  Concord Ca 94520                              COMPLAINANT'S SIGNATURE
         City

DFEH-300-01 (12/99)          O:MB:lyc          DATE FILED: August 8, 2005
DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING                    STATE OF CALIFORNIA

[RECEIVED AUG 8 2005 DEPT. FAIR EMPLOYMENT AND HOUSING]

\*\*\* EMPLOYMENT \*\*\*

| COMPLAINT OF DISCRIMINATION UNDER THE PROVISIONS OF THE CALIFORNIA FAIR EMPLOYMENT AND HOUSING ACT | DFEH # E200506M1769-00-mpe |
|---|---|
| | EEOC # 37AA608802 |

If dual-filed with EEOC, this form may be affected by the Privacy Act of 1974.

**CALIFORNIA DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING and EEOC**

COMPLAINANT'S NAME (indicate Mr. or Ms.)
DELLAFOSSE, GLORIA RUIZ

ADDRESS: 1790 Ellis St #4
TELEPHONE NUMBER (INCLUDE AREA CODE): (925) 825-1005

CITY: Concord   STATE: CA   ZIP: 94520   COUNTY: Contra Costa   COUNTY CODE: 013

NAMED IS THE EMPLOYER, PERSON, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, OR STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME:

NAME: COTNRA COSTA, COUNTY OF, IHSS PUBLIC AUTHORITY
ADDRESS: 1330 Arnold Dr #143
TELEPHONE NUMBER (INCLUDE AREA CODE): (915) 825-1005

CITY: Martinez   STATE: CA   ZIP: 94553   COUNTY: Contra Costa   COUNTY CODE: 013

CAUSE OF DISCRIMINATION BASED ON (CHECK APPROPRIATE BOX[ES])
☐ RACE  ☐ SEX  ☒ DISABILITY  ☐ RELIGION  ☐ NATIONAL ORIGIN/ANCESTRY  ☐ DENIAL OF FAMILY/MEDICAL LEAVE  ☐ SEXUAL ORIENTATION
☐ COLOR  ☐ AGE  ☐ MARITAL STATUS  ☐ MEDICAL CONDITION (cancer or genetic characteristics)  ☐ OTHER (SPECIFY)

NO. OF EMPLOYEES/MEMBERS: 5000
DATE MOST RECENT OR CONTINUING DISCRIMINATION TOOK PLACE (month, day, and year): April 10, 2006
RESPONDENT CODE: 94

THE PARTICULARS ARE:

I) From September 7, 2005 to April 10, 2006, I was denied accommodation in the form of a reduced hours schedule. On April 10, 2006 I was terminated from my position as Senior Benefits Clerk. I was hired in November 2002.

I) Executive Director John Cottrell wrote to me stating that I was terminated because I had not submitted proper medical certification regarding accommodation.

II) I believe that I was denied accommodation and terminated because of my physical disability, injuries to my back, shoulder, wrists, and left leg. My belief is based on the following:

   A) On approximately September 7, 2005 I submitted a statement from my physician requesting that I work only four hours per day and that I have a break after each hour of keyboarding.

   B) Supervisor Fran Smith and Mr. Cottrell falsely asserted that the doctor's statement restricted me to keyboarding only one hour total per day. They told me that these restrictions could not be accommodated. I was therefore forced to go on medical leave of absence.

   C) On approximately April 10, 2006 I received a letter stating that I was terminated because I did not provide proper medical certification. I did provide written statements from my physician, stating my physical limitations. I could have performed the essential duties of my position within the limitations requested by my physician. I therefore believe that the reasons given by my employer are pretextual and that I was terminated because of my physical disability.

YPED AND MAILED June 1, 2006

I also want this charge filed with the Federal Equal Employment Opportunity Commission (EEOC).

declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct of my own knowledge except s to matters stated on my information and belief, and as to those matters I believe it to be true.

ated 6-2-06

City: Concord

COMPLAINANT'S SIGNATURE: Gloria Dellafosse

RECEIVED JUN 7 2006
Department of Fair Employment and Housing
Oakland District Office

RECEIVED OCT 03 2006

FEH-300-01 (12/99)
DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING
DATE FILED:
STATE OF CALIFORNIA