# EXHIBIT C

STATE OF CALIFORNIA STATE AND CONSUMER SERVICES A...Y     ARNOLD SCHWARZENEGGER, Governor

# DEPARTMENT OF FAIR EMPLOYMENT & HOUSING
1515 Clay Street, Suite 701, Oakland, CA 94612
(510) 622-2941 TTY (800) 700-2320 Fax (510) 622-2951
www.dfeh.ca.gov



RECEIVED
MAY 15 2006
COUNTY COUNSEL
MARTINEZ CALIF.

May 12, 2006

GLORIA DELLAFOSSE
1790 Ellis St., #4
Concord, CA 94520

RE:    E200506M0196-00-pe/37AA608238
        <u>DELLAFOSSE/CONTRA COSTA, COUNTY OF, IHSS DEPT</u>

Dear GLORIA DELLAFOSSE:

## NOTICE OF CASE CLOSURE

The consultant assigned to handle the above-referenced discrimination complaint that was filed with the Department of Fair Employment and Housing (DFEH) has recommended that the case be closed on the basis of: No Probable Cause To Prove A Violation Of The Statute.

Please be advised that this recommendation has been accepted and the case has been closed effective May 12, 2006.

This letter is also your Right-To-Sue Notice. According to Government Code section 12965, subdivision (b), a civil action may be brought under the provisions of the Fair Employment and Housing Act against the person, employer, labor organization or employment agency named in the above-referenced complaint. This is also applicable to DFEH complaints that are filed under, and allege a violation of Government Code section 12948 which incorporates Civil Code sections 51, 51.7, and 54. The civil action must be filed within one year from the date of this letter. However, if your civil complaint alleges a violation of Civil Code section 51, 51.7 or 54, you should consult an attorney about the applicable statutes of limitation. If you signed a settlement agreement resolving your complaint, it is likely that you have waived your right to file a private lawsuit.

RECEIVED
MAY 15 2006
COUNTY COUNSEL
MARTINEZ CALIF.

Notice of Case Closure
Page Two

This case may be referred to the U.S. Equal Employment Opportunity Commission for further review. If so, pursuant to Government Code section 12965, subdivision (d)(1), your right to sue will be tolled during the pendency of EEOC's review of your complaint.

The Department of Fair Employment and Housing does not retain case files beyond three years after a complaint is filed, unless the case is still open at the end of the three-year period.

Sincerely,

*[signature: Allan H. Pederson]*

Allan H. Pederson
District Administrator

cc:   Case File

Esther Milbury
Deputy County Counsel
COUNTY OF CONTRA COSTA
651 Pine Street 9th Fl
Martinez, CA 94553-1229

DFEH-200-08e (04/03)
MBROWNM

STATE OF CALIFORNIA  STATE AND CONSUMER SERVICES AGENCY                                                                    ARNOLD SCHWARZENEGGER, Governor

# DEPARTMENT OF FAIR EMPLOYMENT & HOUSING
1515 Clay Street, Suite 701, Oakland, CA 94612
(510) 622-2941  TTY (800) 700-2320  Fax (510) 622-2951
www.dfeh.ca.gov



June 9, 2006

GLORIA RUIZ DELLAFOSSE
1790 Ellis St #4
Concord, CA 94520

RE:  E200506M1769-00-mpe/37AA608802
    DELLAFOSSE/CONTRA COSTA, COUNTY OF, IHSS PUBLIC AUTHORITY

Dear GLORIA RUIZ DELLAFOSSE:

## NOTICE OF CASE CLOSURE

The consultant assigned to handle the above-referenced discrimination complaint that was filed with the Department of Fair Employment and Housing (DFEH) has recommended that the case be closed on the basis of: Processing Waived To Another Agency.

Please be advised that this recommendation has been accepted and the case has been closed effective June 9, 2006.

This letter is also your Right-To-Sue Notice. According to Government Code section 12965, subdivision (b), a civil action may be brought under the provisions of the Fair Employment and Housing Act against the person, employer, labor organization or employment agency named in the above-referenced complaint. This is also applicable to DFEH complaints that are filed under, and allege a violation of Government Code section 12948 which incorporates Civil Code sections 51, 51.7, and 54. The civil action must be filed within one year from the date of this letter. However, if your civil complaint alleges a violation of Civil Code section 51, 51.7 or 54, you should consult an attorney about the applicable statutes of limitation. If you signed a settlement agreement resolving your complaint, it is likely that you have waived your right to file a private lawsuit.

Notice of Case Closure
Page Two

This case may be referred to the U.S. Equal Employment Opportunity Commission for further review. If so, pursuant to Government Code section 12965, subdivision (d)(1), your right to sue will be tolled during the pendency of EEOC's review of your complaint.

The Department of Fair Employment and Housing does not retain case files beyond three years after a complaint is filed, unless the case is still open at the end of the three-year period.

Sincerely,

*[signature]*

Allan H. Pederson
District Administrator


cc:    Case File


Esther Milbury
Deputy County Counsel
Contra Costa, County of
651 Pine St 9th Fl
Martinez, CA  94553

DFEH-200-08e (04/03)
MALSCHEC