Steven C. Wolan  (State Bar No. 56237)
Andrea S. Carlise  (State Bar No. 151648)
PATTON ♦ WOLAN ♦ CARLISE, LLP
1814 Franklin Street, Suite 501
Oakland, California 94612
Telephone:  (510) 987-7500
Facsimile:  (510) 987-7575

Attorneys for Defendants,
COUNTY OF CONTRA COSTA,
CONTRA COSTA COUNTY IN-HOME SUPPPORT SERVICES PUBLIC AUTHORITY
(incorrectly sued herein as IHSS PUBLIC AUTHORITY),
and JOHN COTTRELL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLORIA DELLAFOSSE,<br><br>     Plaintiff,<br><br> vs.<br><br>COUNTY OF CONTRA COSTA, IHSS PUBLIC AUTHORITY, JOHN COTTRELL, EXECUTIVE DIRECTOR, DOES 1 to 100,<br><br>     Defendants.<br>_____/ | Case NO. C 07 3948<br><br>[PROPOSED] ORDER GRANTIG DEFENDANTS' MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED (FRCP 12(b)(6))<br><br>Date:  March 21, 2008<br>Time:  9:00 a.m.<br>Courtroom: 7, 19th Floor<br>Judge:  The Hon. Maxine M. Chesney |

  Defendants, COUNTY OF CONTRA COSTA, CONTRA COSTA COUNTY IN-HOME SUPPORT SERVICES PUBLIC AUTHORITY (sued incorrectly herein as IHSS PUBLIC AUTHORITY) and JOHN COTTRELL brought a Motion to Dismiss in the above-referenced matter which was heard on March 21, 2008, in the above-referenced court.  Andrea S. Carlise appeared on behalf of Defendants and moving parties.  John L. Taylor appeared on behalf of Plaintiff GLORIA DELLAFOSSE.   The matter was argued and submitted.

1  The Court, having considered all the issues raised in the papers filed in support and in opposition
2  to the motion, as well as any argument of counsel in the above-referenced matter hereby rules as follows:
3      1.    Defendants' Motion to Dismiss is GRANTED in its entirety.
4      2.    The reasons for the granting of Defendant's Motion to Dismiss are set forth in
5  Defendants' Motion and the Memorandum of Points and Authorities filed in support thereof, including
6  all of the legal authorities cited therein.
7      3.    Plaintiff shall take nothing by way of her Complaint, and Defendants are awarded costs.
8  It is so adjudged, ordered, and decreed.

DATED:

By: _____
MAXINE M. CHESNEY
JUDGE OF THE UNITED STATES DISTRICT
COURT, FOR THE NORTHERN DISTRICT OF
CALIFORNIA