# EXHIBIT 1

**PATTON ♦ WOLAN ♦ CARLISE, LLP**

ROGER W. PATTON
STEVEN C. WOLAN
ANDREA S. CARLISE

1814 FRANKLIN STREET., SUITE 501
OAKLAND, CALIFORNIA 94612-3438
(510) 987-7500 • FAX (510) 987-7575

JESPER I. RASMUSSEN
MAUREEN M. DUFFY

Direct Dial:  (510) 588-7526
acarlise@pwc-law.com

February 12, 2008

*Via Facsimile and U.S. Mail - 415-956-0194*

John L. Taylor, Esq.
Law Offices of John L. Taylor
507 Polk Street, Suite 400
San Francisco, CA 94102

Re:  *Gloria Dellafosse v. County of Contra Costa, et al.*
United States District Court Case No.: C07 3948 EMC
Our File No.: 08-5413

Dear Mr. Taylor:

This firm has been retained to represent the County of Contra Costa, IHSS Public Authority and John Cottrell in the *Dellafosse* case you have filed in the United States District Court for the Northern District of California.  As you know, we have a Joint Case Management Conference Statement due filed this Friday, and I intend to file a responsive pleading for the Defendants on that same date pursuant to your agreement with Deputy County Counsel Bernard Knapp.  Enclosed is a copy of the Court's Standing Order concerning the contents of the Joint Case Management Conference Statement.  I will draft the CMC statement and email it to you for your review and additions tomorrow and I request that you review it and email it back to me by Thursday so that we can get it filed e-filed on Friday.  I attempted to send you a message via email to the address you have registered with the court, but it was returned as non-deliverable. The email address I have for you is Taylorlaw415@sbcglobal.net.  Please provide me with a correct email address.

I would also like to discuss some of the case facts with you.  I tried to contact you by phone this morning, but there was no answer, nor was there any answering machine or voicemail.  I wanted to let you know that Contra Costa County is not a proper defendant in this action since it did not employ your client.  The IHSS Public Authority is an entirely separate entity from the County and had no authority or control over Ms. Dellafosse's employment with it.  Indeed, pursuant to County Ordinance No. 98-14 and Welfare and Institutions Code section 12300, *et seq.*, the In-Home Support Services Authority which employed your client is a separate corporate public body.  As such, I am requesting that you agree to dismiss the County from this action.  Please call me at your earliest convenience to discuss this request.

Mr. Taylor
*Dellafosse v. County of Contra Costa, et al.*
February 12, 2008 - Page 2

I look forward to hearing from you soon.

Very truly yours,

PATTON ♦ WOLAN ♦ CARLISE, LLP

Andrea S. Carlise

ASC:ljd
Enclosure

STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA

CONTENTS OF JOINT CASE MANAGEMENT STATEMENT

Commencing March 1, 2007, all judges of the Northern District of California will require the identical information in Joint Case Management Statements filed pursuant to Civil Local Rule 16-9. The parties must include the following information in their statement which, except in unusually complex cases, should not exceed ten pages:

1.      Jurisdiction and Service: The basis for the court's subject matter jurisdiction over plaintiff's claims and defendant's counterclaims, whether any issues exist regarding personal jurisdiction or venue, whether any parties remain to be served, and, if any parties remain to be served, a proposed deadline for service.

2.      Facts: A brief chronology of the facts and a statement of the principal factual issues in dispute.

3.      Legal Issues: A brief statement, without extended legal argument, of the disputed points of law, including reference to specific statutes and decisions.

4.      Motions: All prior and pending motions, their current status, and any anticipated motions.

5.      Amendment of Pleadings: The extent to which parties, claims, or defenses are expected to be added or dismissed and a proposed deadline for amending the pleadings.

6.      Evidence Preservation: Steps taken to preserve evidence relevant to the issues reasonably evident in this action, including interdiction of any document-destruction program and any ongoing erasures of e-mails, voice mails, and other electronically-recorded material.

7.      Disclosures: Whether there has been full and timely compliance with the initial disclosure requirements of Fed. R. Civ. P. 26 and a description of the disclosures made.

8.      Discovery: Discovery taken to date, if any, the scope of anticipated discovery, any proposed limitations or modifications of the discovery rules, and a proposed discovery plan pursuant to Fed. R. Civ. P. 26(f).

9.      Class Actions: If a class action, a proposal for how and when the class will be certified.

10.     Related Cases: Any related cases or proceedings pending before another judge of this court, or before another court or administrative body.

11.     Relief: All relief sought through complaint or counterclaim, including the amount of any

-1-

damages sought and a description of the bases on which damages are calculated. In addition, any party from whom damages are sought must describe the bases on which it contends damages should be calculated if liability is established.

12.    Settlement and ADR: Prospects for settlement, ADR efforts to date, and a specific ADR plan for the case, including compliance with ADR L.R. 3-5 and a description of key discovery or motions necessary to position the parties to negotiate a resolution.

13.    Consent to Magistrate Judge For All Purposes: Whether all parties will consent to have a magistrate judge conduct all further proceedings including trial and entry of judgment.

14.    Other References: Whether the case is suitable for reference to binding arbitration, a special master, or the Judicial Panel on Multidistrict Litigation.

15.    Narrowing of Issues: Issues that can be narrowed by agreement or by motion, suggestions to expedite the presentation of evidence at trial (e.g., through summaries or stipulated facts), and any request to bifurcate issues, claims, or defenses.

16.    Expedited Schedule: Whether this is the type of case that can be handled on an expedited basis with streamlined procedures.

17.    Scheduling: Proposed dates for designation of experts, discovery cutoff, hearing of dispositive motions, pretrial conference and trial.

18.    Trial: Whether the case will be tried to a jury or to the court and the expected length of the trial.

19.    Disclosure of Non-party Interested Entities or Persons: Whether each party has filed the "Certification of Interested Entities or Persons" required by Civil Local Rule 3-16. In addition, each party must restate in the case management statement the contents of its certification by identifying any persons, firms, partnerships, corporations (including parent corporations) or other entities known by the party to have either: (i) a financial interest in the subject matter in controversy or in a party to the proceeding; or (ii) any other kind of interest that could be substantially affected by the outcome of the proceeding.

20.    Such other matters as may facilitate the just, speedy and inexpensive disposition of this matter.

-2-

```
TRANSACTION REPORT


Transmission
Transaction(s) completed


NO.   TX DATE/TIME DESTINATION              DURATION PGS.     RESULT    MODE

386   FEB. 12 12:43      14159560194----285413  0°01'18"  005    OK        N  ECM
```

Law Offices

# PATTON ♦ WOLAN ♦ CARLISE, LLP
1814 Franklin Street, Suite 501
Oakland, California 94612
(510) 987-7500
(510) 987-7575 (fax)

# FACSIMILE COVER SHEET
2/12/2008

| Contact / Firm | Fax | Tel |
|---|---|---|
| Johnnie Lee Taylor, Esq. | 415-956-0194 | 415-956-0155 |

**FROM:**       Andrea S. Carlise, Esq.

**RE:**         *Dellafosse v. County of Contra Costa, et al.*

**NO. PAGES**   5  (including this cover sheet)

**MESSAGE:**    Please see attached.

____    Original will <u>not</u> follow
XX      Original will follow by: <u>XX</u> U.S. Mail
____    Please call upon receipt.
____    Response requested by:

CONFIDENTIALITY NOTICE:
The information contained in this facsimile message is information protected by attorney-client and/or the attorney/work product privileges. It is intended only for the use of the individual named above and the privileges are not waived by virtue of this having been sent by facsimile. If the person actually receiving this facsimile or any other reader of the facsimile is not the named recipient or the employee or agent responsible to deliver it to the named recipient, any use, dissemination, distribution or copying of the communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone and return the original message to us at the above address via U.S. Postal Service.

IF THIS FAX IS INCOMPLETE OR DIFFICULT TO READ, PLEASE CALL (510) 987-7500