# EXHIBIT 2

## Andrea S. Carlise

| | |
|---|---|
| From: | Andrea S. Carlise |
| Sent: | Thursday, February 14, 2008 4:15 PM |
| To: | 'Taylorlaw4151@sbcglobal.net' |
| Cc: | 'Spikes115@yahoo.com' |
| Subject: | FW: Dellafosse -- Jt CMC Statement |
| Importance: | High |

I am re-sending the below message because I sent it to the incorrect address. Please reply ASAP. –Andrea Carlise

-----Original Message-----
**From:** Andrea S. Carlise
**Sent:** Thursday, February 14, 2008 4:13 PM
**To:** 'Taylorlaw415@sbcglobal.net'
**Cc:** 'Spikes115@yahoo.com'
**Subject:** Dellafosse -- Jt CMC Statement
**Importance:** High

Mr. Taylor—

I faxed you a letter on Tuesday asking you to call me about the Dellafosse case. Your assistant called me and gave me your correct email address and told me that she would give you my message and have you call me when you returned to the office yesterday afternoon. I have not yet heard from you.

As you know we have a Joint Case Management Conference Statement due tomorrow. I have been working on a draft, but it is not yet ready to be emailed to you. I intend to complete it before I leave the office this evening. **Please reply to this message to confirm that you will be able to review and make proposed edits to the draft by noon tomorrow so that we can be sure we have a statement that we are both in agreement with by 4pm tomorrow.**

Also, please respond to my request that you dismiss the County from this lawsuit that was contained in the letter that was faxed to you on Tuesday.

Thank you for your anticipated prompt attention to these matters.

Andrea S. Carlise
**Patton ♦ Wolan ♦ Carlise LLP**
1814 Franklin, Suite 501
The Leamington Building
Oakland, CA 94612-3744
Tel: 510-987-7500
Fax: 510-987-7575
Direct Dial: 510-588-7526
Email: acarlise@pwc-law.com
www.pwc-law.com

*This e-mail and any attachments are confidential and may be protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this e-mail or any attachment is prohibited. If you have received this e-mail in error, please notify us immediately and delete this copy from your system.*