# EXHIBIT 4

Case 3:07-cv-03948-MMC    Document 20-5    Filed 02/15/2008    Page 1 of 3

## Andrea S. Carlise

| | |
|---|---|
| From: | Leah Duckworth |
| Sent: | Friday, February 15, 2008 12:05 PM |
| To: | 'Taylorlaw4151@sbcglobal.net' |
| Cc: | 'Spikes115@yahoo.com' |
| Subject: | Dellafosse--Joint Case Management Statement |
| Importance: | High |

Mr. Taylor:

Please contact Ms. Carlise at the number listed below upon receipt of this e-mail. We have tried to contact you via telephone, but your firm line has been busy.

Thank you,


*Leah J. Duckworth*
Legal Secretary
**Patton ♦ Wolan ♦ Carlise** LLP
1814 Franklin, Suite 501
The Leamington Building
Oakland, CA 94612-3744


-----Original Message-----
**From:** Andrea S. Carlise
**Sent:** Thursday, February 14, 2008 6:20 PM
**To:** 'Taylorlaw4151@sbcglobal.net'
**Cc:** 'Spikes115@yahoo.com'
**Subject:** Dellafosse--Joint Case Management Statement
**Importance:** High

Mr. Taylor---

Attached is the Joint Case Management Statement I have drafted. Please turn on "track changes" so that I can see your edits and make any proposed changes to the attached and email it back to me **no later than noon tomorrow.** If you do not get back to me with your changes, I will revise it to make it a separate case management statement and will advise the court that you failed to respond.

As indicated in the attached statement, I will be filing a motion to dismiss on behalf of the defendants tomorrow as well.

Thanks for your anticipated courtesy and cooperation regarding this matter.

Very Truly Yours,

Andrea S. Carlise
**Patton ♦ Wolan ♦ Carlise** LLP
1814 Franklin, Suite 501
The Leamington Building
Oakland, CA 94612-3744
Tel: 510-987-7500

2/15/2008

Fax: 510-987-7575
Direct Dial: 510-588-7526
Email: acarlise@pwc-law.com
www.pwc-law.com

This e-mail and any attachments are confidential and may be protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this e-mail or any attachment is prohibited. If you have received this e-mail in error, please notify us immediately and delete this copy from your system.