Steven C. Wolan (State Bar No. 56237)
Andrea S. Carlise (State Bar No. 151648)
PATTON ♦ WOLAN ♦ CARLISE, LLP
1814 Franklin Street, Suite 501
Oakland, California 94612
Telephone:   (510) 987-7500
Facsimile:   (510) 987-7575

Attorneys for Defendants,
COUNTY OF CONTRA COSTA,
CONTRA COSTA COUNTY IN-HOME SUPPPORT SERVICES PUBLIC AUTHORITY
(incorrectly sued herein as IHSS PUBLIC AUTHORITY),
and JOHN COTTRELL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLORIA DELLAFOSSE,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>COUNTY OF CONTRA COSTA, IHSS PUBLIC AUTHORITY, JOHN COTTRELL, EXECUTIVE DIRECTOR, DOES 1 to 100,<br><br>　　　　　　Defendants.<br>_____/ | Case NO. C 07 3948<br><br>CERTIFICATION OF INTERESTED ENTITIES OR PERSONS<br>[Northern District Civil L.R. 3-16]<br><br>Complaint filed:  7/31/07 |

　　　Defendants COUNTY OF CONTRA COSTA, CONTRA COSTA COUNTY IN-HOME SUPPPORT SERVICES PUBLIC AUTHORITY (incorrectly sued herein as IHSS PUBLIC AUTHORITY), and JOHN COTTRELL, are not aware of any persons, firms, partnerships, corporations, (including parent corporations) or other entities known to have either: (i) a financial interest in the

///

///

---

CERTIFICATE OF INTERESTED PARTIES　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*Dellafosse v. County of Contra Costa, et al.*
　　　　　　　　　　　　　　　　　　　　　　　　　　　　1　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Case No. C 07 3948

1  subject matter in controversy or in a party to the proceeding; or (ii) any other kind of interest that could
2  be substantially affected by the outcome of the proceeding, other than the parties named in this action.

Dated: February 20, 2008                                     PATTON ♦ WOLAN ♦ CARLISE LLP


                                                             by:     /s/   Andrea S. Carlise
                                                                STEVEN C. WOLAN
                                                                ANDREA S. CARLISE
                                                                Attorneys for Defendants,
                                                                COUNTY OF CONTRA COSTA,
                                                                CONTRA COSTA COUNTY IN-HOME
                                                                SUPPPORT SERVICES PUBLIC AUTHORITY
                                                                (incorrectly sued herein as IHSS PUBLIC
                                                                AUTHORITY), and JOHN COTTRELL

---

CERTIFICATE OF INTERESTED PARTIES                            *Dellafosse v. County of Contra Costa, et al.*
                                      2                                   Case No. C 07 3948