John L. Taylor, Esq.
Law Offices of John L. Taylor
507 Polk Street, Suite 400
San Francisco, CA 94102
Telephone: 415-956-0155
Facsimile: 415-956-0194

Attorney for Plaintiff
GLORIA DELLAFOSSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLORIA DELLAFOSSE,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF CONTRA COSTA, IHSS PUBLIC AUTHORITY, JOHN COTTRELL, EXECUTIVE DIRECTOR, DOES 1 to 100,<br><br>Defendants.<br>_____/ | Case NO. C 07 3948<br><br>PLAINTIFF'S CASE MANAGEMENT CONFERENCE STATEMENT<br><br>Date: February 22, 2008<br>Time: 10:30 a.m.<br>Courtroom: 7, 19th Floor<br>Honorable Maxine M. Chesney |

   Plaintiff Gloria Dellafosse joins in Defendants' Case Management Conference Statement except as follows:

   Plaintiff did provide adequate medical documentation for her disability.  The parties in the workers' compensation matter agreed to Dr. Pramla Gupta as an Agreed Medical Evaluator who certified Plaintiff's disability was all work related.

///

///

///

PLAINTIFF'S CASE MANAGEMENT CONFERENCE STATEMENT

-1-

1  The parties could not agree on ADR and Plaintiff is
2  requesting a phone conference in this matter.
3  Dated:    February 21, 2008         Respectfully submitted,

                                       LAW OFFICES OF JOHN L. TAYLOR


                                       BY: _____
                                              JOHN L. TAYLOR