**CIVIL MINUTES**

**Judge MAXINE M. CHESNEY**

**E-Filing**

Date: FEB 22 2008

C- 07- 3948 -MMC

Gloria Dellafosse    v    County of Contra Costa et al

Attorneys:  NO APPEARANCE          ANDREA CARLISE

Deputy Clerk: **TRACY LUCERO**    Reporter: NOT REPORTED

**PROCEEDINGS:**                    **RULING:**

1. _____    _____
2. _____    _____
3. _____    _____
4. _____    _____

( ) Status Conference   ( ) P/T Conference   (✓) Case Management Conference — Initial

**ORDERED AFTER HEARING:**

Joint statement due by 4/25/08.

( ) ORDER TO BE PREPARED BY:  Plntf____ Deft____ Court____

( ) Referred to Magistrate For: _____
        ( )By Court
(✓) CASE CONTINUED TO 5/2/08 @10:30 for Continued Case Management

Discovery Cut-Off _____ Expert Discovery Cut-Off _____

Plntf to Name Experts by _____ Deft to Name Experts by _____

P/T Conference Date _____ Trial Date _____ Set for ___ days
        Type of Trial: ( )Jury ( )Court

Notes: π's counsel stuck in traffic - requests to appear by phone.