ANDREA CARLISE (SBN 151648)
Patton ◆ Wolan ◆ Carlise, LLP
1814 Franklin Street, Suite 501
Oakland, CA 94612-3438
Telephone: (510) 588-7526
Facsimile: (510) 987-7575
Electronic Mail: acarlise@pwc-law.com

SILVANO B. MARCHESI (SBN 42965)
County Counsel
BERNARD KNAPP (SBN 111720)
Deputy County Counsel
COUNTY OF CONTRA COSTA
651 Pine Street, 9th Floor
Martinez, California 94553
Telephone: (925) 335-1800
Facsimile: (925) 335-1866
Electronic Mail: bknap@cc.cccounty.us

Attorneys for Defendant
CONTRA COSTA COUNTY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLORIA DELLAFOSSE,<br><br>Plaintiff<br><br>v.<br><br>COUNTY OF CONTRA COSTA, IHSS PUBLIC AUTHORITY, JOHN COTTRELL, EXECUTIVE DIRECTOR, DOES 1 THROUGH 100,<br><br>Defendants. | No. C 07 3948 MMC<br><br>SUBSTITUTION OF COUNSEL; [PROPOSED] ORDER |

TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT defendant CONTRA COSTA COUNTY makes the following substitution of counsel: Patton ◆ Wolan ◆ Carlise, LLP and Andrea Carlise in place and instead of Silvano B. Marchesi and Bernard Knapp, Deputy County Counsel. The named defendant and both counsel consent to this substitution as indicated below.

SUBSTITUTION OF COUNSEL; [PROPOSED] ORDER - C 07 3948 MMC                    1

| | |
|---|---|
| DATED: Feb. 28, 2008 | PATTON ♦ WOLAN ♦ CARLISE, LLP<br><br>By: _____<br>ANDREA CARLISE |
| DATED: Feb. 19, 2008 | SILVANO B. MARCHESI, County Counsel<br><br>By: _____<br>BERNARD L. KNAPP<br>Deputy County Counsel |
| DATED: Feb 25, 2008 | _____<br>CONTRA COSTA COUNTY<br>By: Sharon Hymes-Offord |

ORDER

IT IS SO ORDERED.

DATE: _____

_____
MAXINE M. CHESNEY
United States District Judge