```
1  ANDREA CARLISE (SBN 151648)
   Patton ◆ Wolan ◆ Carlise, LLP
2  1814 Franklin Street, Suite 501
   Oakland, CA 94612-3438
3  Telephone: (510) 588-7526
   Facsimile:  (510) 987-7575
4  Electronic Mail:  acarlise@pwc-law.com

5  SILVANO B. MARCHESI (SBN 42965)
   County Counsel
6  BERNARD KNAPP (SBN 111720)
   Deputy County Counsel
7  COUNTY OF CONTRA COSTA
   651 Pine Street, 9th Floor
8  Martinez, California 94553
   Telephone:  (925) 335-1800
9  Facsimile:   (925) 335-1866
   Electronic Mail: bknap@cc.cccounty.us
10
   Attorneys for Defendant
11 CONTRA COSTA COUNTY
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLORIA DELLAFOSSE, | No. C 07 3948 MMC |
| Plaintiff | SUBSTITUTION OF COUNSEL; [PROPOSED] ORDER |
| v. | |
| COUNTY OF CONTRA COSTA, IHSS PUBLIC AUTHORITY, JOHN COTTRELL, EXECUTIVE DIRECTOR, DOES 1 THROUGH 100, | |
| Defendants. | |

TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT defendant CONTRA COSTA COUNTY makes the following substitution of counsel: Patton ◆ Wolan ◆ Carlise, LLP and Andrea Carlise in place and instead of Silvano B. Marchesi and Bernard Knapp, Deputy County Counsel. The named defendant and both counsel consent to this substitution as indicated below.

| | |
|---|---|
| DATED: Feb. 28, 2008 | PATTON ♦ WOLAN ♦ CARLISE, LLP |
| | By: _____ |
| | ANDREA CARLISE |
| DATED: Feb. 19, 2008 | SILVANO B. MARCHESI, County Counsel |
| | By: _____ |
| | BERNARD L. KNAPP |
| | Deputy County Counsel |
| DATED: Feb 25, 2008 | _____ |
| | CONTRA COSTA COUNTY |
| | By: Sharon Hymes-Offord |

ORDER

IT IS SO ORDERED.

DATE: February 29, 2008

_____
MAXINE M. CHESNEY
United States District Judge