Steven C. Wolan (State Bar No. 56237)
Andrea S. Carlise (State Bar No. 151648)
PATTON ♦ WOLAN ♦ CARLISE, LLP
1814 Franklin Street, Suite 501
Oakland, California 94612
Telephone:  (510) 987-7500
Facsimile:   (510) 987-7575

Attorneys for Defendants,
COUNTY OF CONTRA COSTA,
CONTRA COSTA COUNTY IN-HOME SUPPPORT SERVICES PUBLIC AUTHORITY
(incorrectly sued herein as IHSS PUBLIC AUTHORITY),
and JOHN COTTRELL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLORIA DELLAFOSSE,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>COUNTY OF CONTRA COSTA, IHSS PUBLIC AUTHORITY, JOHN COTTRELL, EXECUTIVE DIRECTOR, DOES 1 to 100,<br><br>　　　　　　Defendants.<br>_____/ | Case NO. C 07 3948<br><br>DEFENDANTS' REPLY BRIEF CONCERNING MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED, AND IN THE ALTERNATIVE, MOTION FOR SUMMARY JUDGMENT OR MOTION FOR A MORE DEFINITE STATEMENT<br><br>Date:　　　　March 21, 2008<br>Time:　　　　9:00 a.m.<br>Courtroom: 7, 19th Floor<br>Judge:　　　 The Hon. Maxine M. Chesney |

　　　Defendants, COUNTY OF CONTRA COSTA, CONTRA COSTA COUNTY IN-HOME SUPPORT SERVICES PUBLIC AUTHORITY, (incorrectly sued herein as IHSS PUBLIC AUTHORITY) and JOHN COTTRELL (collectively "Defendants") file this reply brief concerning their motion to dismiss which was noticed to be heard on March 21, 2008. Defendants' counsel stipulated to

Case 3:07-cv-03948-MMC    Document 28    Filed 03/07/2008    Page 2 of 2

a continuance of the hearing to April 4, 2008, at 9:00 a.m., pursuant to Plaintiff's counsel's request since Plaintiff's counsel was ill and unable to prepare an opposition brief. (See, Declaration of Andrea S. Carlise filed concurrently herewith.) It was Defendants' counsel's understanding that Plaintiff's counsel would file the Stipulation requesting a continuance of the hearing on Defendants' motion as soon as possible after it was executed. It is Defendants' counsel's understanding that the Stipulation, however, was filed manually with the Court by Plaintiff's counsel yesterday. Defendants' counsel is prepared to go forward with the hearing on this motion on April 4, 2008, as stipulated, if the Court is willing to continue the hearing date to April 4, 2008. If the continuance is granted, Plaintiff's Opposition to the motion will be due to be filed on or before March 14, 2008, and Defendants' Reply Brief will be due to be filed on or before March 21, 2008. However, if the Court wishes to proceed with the hearing of this motion on March 21, 2008 as originally noticed, Defendants are prepared to proceed on that date.

Dated: March 7, 2008

Respectfully submitted,

PATTON ♦ WOLAN ♦ CARLISE, LLP

by: *[signature]*
STEVEN C. WOLAN
ANDREA S. CARLISE
Attorneys for Defendants,
COUNTY OF CONTRA COSTA,
CONTRA COSTA COUNTY IN-HOME
SUPPPORT SERVICES PUBLIC AUTHORITY
(incorrectly sued herein as IHSS PUBLIC
AUTHORITY), and JOHN COTTRELL

2

Dellafosse v. County of Contra Costa, et al
Case No. C 07 3948