# EXHIBIT 1

## Andrea S. Carlise

**From:** Andrea S. Carlise
**Sent:** Thursday, February 28, 2008 2:19 PM
**To:** 'Spikes115@yahoo.com'
**Cc:** 'Taylorlaw4151@sbcglobal.net'; Leah Duckworth
**Subject:** Dellafosse- Mtn to Dismiss

Susan—

I received your voicemail message indicating that Mr. Taylor is ill and would like "an extension" regarding Plaintiff's opposition brief (which is due filed tomorrow) concerning Defendants' Motion to Dismiss. I tried to call you back, but once again there was no answer. I am willing to continue the hearing on the Motion to Dismiss to April 4, 2008, thereby moving the due dates for the opposition and reply brief accordingly. If Mr. Taylor wants to do this, he (or you) will need to prepare a stipulation and proposed order to be filed with the court ASAP.

Andrea S. Carlise
**Patton ♦ Wolan ♦ Carlise** LLP
1814 Franklin, Suite 501
The Leamington Building
Oakland, CA 94612-3744
Tel: 510-987-7500
Fax: 510-987-7575
Direct Dial: 510-588-7526
Email: acarlise@pwc-law.com
www.pwc-law.com

This e-mail and any attachments are confidential and may be protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this e-mail or any attachment is prohibited. If you have received this e-mail in error, please notify us immediately and delete this copy from your system.