# EXHIBIT 2

COPY

1  John L. Taylor, Esq.
   Law Offices of John L. Taylor
2  507 Polk Street, Suite 400
   San Francisco, CA 94102
3  Telephone: 415-956-0155
   Facsimile: 415-956-0194
4
   Attorney for Plaintiff
5  GLORIA DELLAFOSSE

6

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 GLORIA DELLAFOSSE,                    Case NO. C 07 3948

12                                       STIPULATION AND ORDER
   Plaintiff,                            CONTINUANCE OF MOTION TO
13                                       DISMISS

14       vs.

15 COUNTY OF CONTRA COSTA, IHSS PUBLIC
   AUTHORITY, JOHN COTTRELL, EXECUTIVE
16 DIRECTOR, DOES 1 to 100,

17
   Defendants.
18 _____/

19

20      The parties hereby stipulate that the hearing regarding
21 Defendant's Motion for Dismissal currently scheduled for March
22 21, 2008, at 9:00 a.m. in Courtroom 7, is continued until April
23 4, 2008, at 9:00 a.m. in Courtroom 7.
24
25 Dated: February 29, 2008            LAW OFFICES OF JOHN L. TAYLOR

26                                     BY: _____
                                            JOHN L. TAYLOR
27                                          Attorney for Plaintiff

28
                        STIPULATION AND ORDER

                              -1-

```
 1  Dated: February 29, 2008           PATTON, WOLAN, CARLISE, LLP
 2                                     BY: _____
 3                                         ANDREA S. CARLISE
                                           Attorney for Defendants
 4                          ORDER
 5
        IT IS HEREBY ORDERED that Defendant's motion to dismiss
 6
    currently scheduled for March 21, 2008, at 9:00 a.m. in Courtroom
 7
    7, be continued until April 4, 2008, at 9:00 a.m. in Courtroom 7.
 8
 9
10
11  Dated: _____             _____
                                       JUDGE OF THE DISTRICT COURT
12
```

STIPULATION AND ORDER

-2-

```
TRANSACTION REPORT


Transmission
Transaction(s) completed


NO.    TX DATE/TIME DESTINATION                    DURATION PGS.     RESULT      MODE

504   FEB. 29 17:15       14159560194----285413   0° 00' 40"  003    OK          N  ECM
```

Law Offices
## PATTON ♦ WOLAN ♦ CARLISE, LLP
1814 Franklin Street, Suite 501
Oakland, California 94612
(510) 987-7500
(510) 987-7575 (fax)

# FACSIMILE COVER SHEET
2/29/2008

| Contact / Firm | Fax | Tel |
|---|---|---|
| Susan | 415-956-0194 | 415-956-0155 |

FROM:       Leah Duckworth, Legal Secretary *to* Andrea S. Carlise, Esq.

RE:         *Dellafosse v. County of Contra Costa, et al.*

NO. PAGES   3  (including this cover sheet)

MESSAGE:    <u>Susan: Unfortunately, your (415) 956-0192 is also a busy signal line. I am faxing back Ms. Carlise's signature page now.</u>


__X__   Original will <u>not</u> follow
____    Original will follow by:   U.S. Mail
____    Please call upon receipt.
____    Response requested by:

CONFIDENTIALITY NOTICE:
The information contained in this facsimile message is information protected by attorney-client and/or the attorney/work product privileges. It is intended only for the use of the individual named above and the privileges are not waived by virtue of this having been sent by facsimile. If the person actually receiving this facsimile or any other reader of the facsimile is not the named recipient or the employee or agent responsible to deliver it to the named recipient, any use, dissemination, distribution or copying of the communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone and return the original message to us at the above address via U.S. Postal Service.

IF THIS FAX IS INCOMPLETE OR DIFFICULT TO READ, PLEASE CALL (510) 987-7500