```
John L. Taylor, Esq.
Law Offices of John L. Taylor
507 Polk Street, Suite 400
San Francisco, CA 94102
Telephone: 415-956-0155
Facsimile: 415-956-0194

Attorney for Plaintiff
GLORIA DELLAFOSSE
```

E-Filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLORIA DELLAFOSSE,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF CONTRA COSTA, IHSS PUBLIC AUTHORITY, JOHN COTTRELL, EXECUTIVE DIRECTOR, DOES 1 to 100,<br><br>Defendants. | Case NO. C 07 3948<br><br>STIPULATION AND ORDER CONTINUANCE OF MOTION TO DISMISS |

The parties hereby stipulate that the hearing regarding Defendant's Motion for Dismissal currently scheduled for March 21, 2008, at 9:00 a.m. in Courtroom 7, is continued until April 4, 2008, at 9:00 a.m. in Courtroom 7.

Dated: February 29, 2008          LAW OFFICES OF JOHN L. TAYLOR

                                  BY: _____
                                      JOHN L. TAYLOR
                                      Attorney for Plaintiff

STIPULATION AND ORDER

-1-

1 | Dated: February 29, 2008          PATTON, WOLAN, CARLISE, LLP
2 |                                   BY: _____
3 |                                        ANDREA S. CARLISE
                                            Attorney for Defendants
4 |
5 |                              ORDER

    IT IS HEREBY ORDERED that Defendant's motion to dismiss
6 |
    currently scheduled for March 21, 2008, at 9:00 a.m. in Courtroom
7 |
    7, be continued until April 4, 2008, at 9:00 a.m. in Courtroom 7.
8 |
9 |
10 |
11 | Dated: ___MAR 0 7 2008___        _____
                                      JUDGE OF THE DISTRICT COURT
12 |
13 |
...
28 |

STIPULATION AND ORDER

-2-