RECEIVED
08 MAR -6 PM 3:37
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

John L. Taylor, Esq.
Law Offices of John L. Taylor
507 Polk Street, Suite 400
San Francisco, CA 94102
Telephone: 415-956-0155
Facsimile: 415-956-0194

Attorney for Plaintiff
GLORIA DELLAFOSSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GLORIA DELLAFOSSE,

Plaintiff,

vs.

COUNTY OF CONTRA COSTA, IHSS PUBLIC AUTHORITY, JOHN COTTRELL, EXECUTIVE DIRECTOR, DOES 1 to 100,

Defendants.

Case NO. C 07 3948 MMC

STIPULATION AND ORDER CONTINUANCE OF MOTION TO DISMISS

The parties hereby stipulate that the hearing regarding Defendant's Motion for Dismissal currently scheduled for March 21, 2008, at 9:00 a.m. in Courtroom 7, is continued until April 4, 2008, at 9:00 a.m. in Courtroom 7.

Dated: February 29, 2008

LAW OFFICES OF JOHN L. TAYLOR

BY: _____
JOHN L. TAYLOR
Attorney for Plaintiff

STIPULATION AND ORDER

-1-

```
 1  Dated: February 29, 2008          PATTON, WOLAN, CARLISE, LLP
 2                                    BY: /s/ Andrea J. Carlise
 3                                        ANDREA S. CARLISE
                                          Attorney for Defendants
 4                              ORDER
 5      IT IS HEREBY ORDERED that Defendant's motion to dismiss
 6  currently scheduled for March 21, 2008, at 9:00 a.m. in Courtroom
 7  7, be continued until April 4, 2008, at 9:00 a.m. in Courtroom 7.
 8
 9
10
11  Dated: _____          _____
                                    JUDGE OF THE DISTRICT COURT
12
```