Steven C. Wolan (State Bar No. 56237)
Andrea S. Carlise (State Bar No. 151648)
PATTON ♦ WOLAN ♦ CARLISE, LLP
1814 Franklin Street, Suite 501
Oakland, California 94612
Telephone: (510) 987-7500
Facsimile: (510) 987-7575

Attorneys for Defendants,
COUNTY OF CONTRA COSTA,
CONTRA COSTA COUNTY IN-HOME SUPPPORT
SERVICES PUBLIC AUTHORITY
(incorrectly sued herein as IHSS PUBLIC AUTHORITY),
and JOHN COTTRELL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLORIA DELLAFOSSE,<br><br>           Plaintiff,<br><br>vs.<br><br>COUNTY OF CONTRA COSTA, IHSS PUBLIC AUTHORITY, JOHN COTTRELL, EXECUTIVE DIRECTOR, DOES 1 to 100,<br><br>           Defendants.<br>_____/ | Case NO. C 07 3948<br><br>DEFENDANTS' REPLY BRIEF CONCERNING MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED, AND IN THE ALTERNATIVE, MOTION FOR SUMMARY JUDGMENT OR MOTION FOR A MORE DEFINITE STATEMENT<br><br>Date:         April 4, 2008<br>Time:        9:00 a.m.<br>Courtroom: 7, 19th Floor<br>Judge:       The Hon. Maxine M. Chesney |

Defendants, COUNTY OF CONTRA COSTA, CONTRA COSTA COUNTY IN-HOME SUPPORT SERVICES PUBLIC AUTHORITY, (incorrectly sued herein as IHSS PUBLIC AUTHORITY) and JOHN COTTRELL (collectively "Defendants") file this reply brief concerning their motion to dismiss which was originally noticed to be heard on March 21, 2008, and was continued

pursuant to a stipulation of the parties at Plaintiff's counsels request, to April 4, 2008. Plaintiff has filed no opposition to the motion and Defendants therefore submit this reply brief to request that the Court grant Defendants' motion and dismiss this action without leave to amend.

Dated: March 21, 2008

Respectfully submitted,

PATTON ♦ WOLAN ♦ CARLISE, LLP

by: *[signature]*
STEVEN C. WOLAN
ANDREA S. CARLISE
Attorneys for Defendants,
COUNTY OF CONTRA COSTA,
CONTRA COSTA COUNTY IN-HOME
SUPPPORT SERVICES PUBLIC AUTHORITY
(incorrectly sued herein as IHSS PUBLIC
AUTHORITY), and JOHN COTTRELL