Steven C. Wolan (State Bar No. 56237)
Andrea S. Carlise (State Bar No. 151648)
PATTON ♦ WOLAN ♦ CARLISE, LLP
1814 Franklin Street, Suite 501
Oakland, California 94612
Telephone:  (510) 987-7500
Facsimile:   (510) 987-7575

Attorneys for Defendants,
COUNTY OF CONTRA COSTA,
CONTRA COSTA COUNTY IN-HOME SUPPPORT
SERVICES PUBLIC AUTHORITY
(incorrectly sued herein as IHSS PUBLIC AUTHORITY),
and JOHN COTTRELL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLORIA DELLAFOSSE, | Case NO. C 07 3948 |
| Plaintiff, | NOTICE OF CHANGE OF ADDRESS |
| vs. | |
| COUNTY OF CONTRA COSTA, IHSS PUBLIC AUTHORITY, JOHN COTTRELL, EXECUTIVE DIRECTOR, DOES 1 to 100, | |
| Defendants. / | |

Effective April 7, 2008, PATTON ♦ WOLAN ♦ CARLISE, LLP will be relocating its offices to Lake Merritt Plaza, 1999 Harrison Street, Suite 1350, Oakland, CA 94612. The telephone and facsimile numbers and e-mail addresses will remain the same.

Dated: March 24, 2008

PATTON ♦ WOLAN ♦ CARLISE, LLP

By: _____
STEVEN C. WOLAN
ANDREA S. CARLISE
Attorneys for Defendants
COUNTY OF CONTRA COSTA, et al.