United States District Court

For the Northern District of California

1

2

3

4

5

6

7

8            IN THE UNITED STATES DISTRICT COURT

9        FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   GLORIA DELLAFOSSE,                          No. C 07-3948 MMC

12            Plaintiff,                         **ORDER DISMISSING REMAINING
                                                 CLAIMS; DIRECTIONS TO CLERK**
13      v.

14   COUNTY OF CONTRA COSTA, et al.,

15            Defendant

16   —————————————————————————————/

17

18        By order filed March 27, 2008, the Court (1) granted summary judgment in favor of

19   the County of Contra Costa as to all claims alleged against it, (2) granted summary

20   judgment in favor of the Contra Costa County In-Home Support Services Public Authority

21   ("the Public Authority") and John Cottrell ("Cottrell") as to the Second Cause of Action, and

22   (3) dismissed with leave to amend the First and Third Causes of Action, as alleged against

23   the Public Authority and Cottrell.  In said order, the Court also afforded plaintiff the

24   opportunity to file, no later than April 13, 2008, a Second Amended Complaint to cure the

25   deficiencies identified therein with respect to the First and Third Causes of Action.  To date,

26   plaintiff has not filed a Second Amended Complaint.

27   //

28   //

1    Accordingly, for the reasons set forth in the Court's order filed March 27, 2008:

2        1.  The First Cause of Action, to the extent it is alleged against the Public Authority

3  and Cottrell and is based on a state law claim, is DISMISSED without prejudice to plaintiff's

4  presenting a claim to the Public Authority and Cottrell; and

5        2.  The First Cause of Action, to the extent it is alleged against the Public Authority

6  and Cottrell and is based on a federal claim, and the Third Cause of Action, to the extent it

7  is alleged against the Public Authority and Cottrell, are hereby DISMISSED with prejudice.

8        The Clerk is directed to enter judgment in favor of defendants.

9        **IT IS SO ORDERED.**

10

11  Dated: April 21, 2008                    _____
                                              _MAXINE M. CHESNEY
12                                            United States District Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28