IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GLORIA DELLAFOSSE,

        Plaintiff,

v.

COUNTY OF CONTRA COSTA, et al.,

        Defendant.

                                        /

No. CV-07-3948 MMC

**JUDGMENT IN A CIVIL CASE**

    **( ) Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    **(X) Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS SO ORDERED AND ADJUDGED** Pursuant to the Court's orders of March 27, 2008 and April 21, 2008, by which each claim against defendants has been summarily adjudicated in favor of defendants or dismissed without leave to amend, judgment is entered in favor of all defendants.

Dated: April 22, 2008                                                  Richard W. Wieking, Clerk

                                                                                     *Tracy Lucero*

                                                                               By: <u>Tracy Lucero</u>
                                                                                 <u>Deputy Clerk</u>